UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TIMOTHY ALLAN KURZEJESKI, Civil No. 00-1162 (RHK/JMM)

Petitioner,

v.

**ORDER**

DAVID CRIST, Warden, and
MICHAEL A. HATCH, Attorney General,

Respondents.

On May 9, 2000, Petitioner filed a petition for writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Stillwater, Minnesota.

The Respondents are directed to make a return in writing on or before June 2, 2000, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2) A reasoned memorandum of law and fact fully stating Respondents' legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority;

3) A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if

FILED MAY 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

the Petitioner pleaded guilty, a transcript of the proceedings at which the guilty plea was entered.

The Court will entertain a motion to grant the relief requested in the Petition if a written response is not filed by June 2, 2000, as required by this Order.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the Petitioner shall await the further order of this Court.

Dated: May 11, 2000

JOHN M. MASON
United States Magistrate Judge