UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TIMOTHY ALLAN KURZEJESKI,

Petitioner,

v.

DAVID CRIST, Warden, and
MICHAEL A. HATCH, Attorney General,

Respondents.

Civil No. 00-1162 (RHK/JMM)

ORDER

On May 9, 2000, Petitioner filed a Petition for Writ of Habeas Corpus [Docket No. 1] claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Stillwater, Minnesota. On May 11, 2000, the Court issued an Order to Show Cause [Docket No. 3] why the petition should not be granted. On June 26, 2000, the Court learned that this Order had never been served on Respondents. Therefore, the Court is issuing this Order, which supercedes the Court's order of May 11, 2000, to provide Respondents with an opportunity to respond to the petition.

IT IS HEREBY ORDERED THAT

1. The Respondents shall make a return in writing on or before July 19, 2000, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

2. The return shall be filed with the Court and shall include:

A) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

B) A reasoned memorandum of law and fact fully stating Respondents' legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority;

C) A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the Petitioner pleaded guilty, a transcript of the proceedings at which the guilty plea was entered.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the Petitioner shall await the further order of this Court.

The Court will entertain a motion to grant the relief requested in the Petition if a written response is not filed by July 19, 2000, as required by this Order.

Dated: June 27, 2000

JOHN M. MASON
United States Magistrate Judge